**STATE of Missouri, Respondent,**

v.

**Lawrence O. FRAZEE, Appellant.**

**No. WD 69148.**

Missouri Court of Appeals,
Western District.

Sept. 22, 2009.

Dora A. Fichter, for Respondent.

Nancy A. McKerrow, for Appellant.

Before Division Three: THOMAS H. NEWTON, C.J., JAMES EDWARD WELSH and KAREN KING MITCHELL, JJ.

### ORDER

PER CURIAM:

Lawrence Frazee appeals the circuit court's judgment convicting him of robbery in the first degree. We affirm. Rule 30.25(b).